**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00237-CV**
_____

**HJC CORPORATION, Appellant**

**V.**

**WENDALL LYNN HULSE AND FRANCES KAY HULSE, Appellees**

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-192,606**

**MEMORANDUM OPINION**

The appellant, HJC Corporation, filed a motion to dismiss this accelerated appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

1

_____
HOLLIS HORTON
Justice

Submitted on July 9, 2014
Opinion Delivered July 10, 2014

Before McKeithen, C.J., Horton and Johnson, JJ.